**Darren SIMMONS, Plaintiff–Appellant,**

v.

**Roland McFADDEN, Warden; Robin Chavis; Amy Smith, RN Nurse; Ms. Fox, a/k/a Michelle D. Fox, Mental Health Services; William Byars, SCDC Director of Prisons; Redfern Miller, Grievance Cord; Willie Eagle-**

ton, Warden; Shelley Stokes, Nurse; William Bradham, MD; Martin Dommers, MD; Paul C. Drago, MD; Doctor Sampson, MD; Nurse Rainwater, a/k/a Amy Rainwater; Ms. Martin; Ms. Roman, Nurse; Jakes Spires, Nurse; Ms. Williams, Nurse; Ms. Spiveys, Nurse RN; Ms. Jacobs, Correctional Officer; Morton Kelley, Nurse; Kwajalein C. Muhammad, McCormick C.I. Nurse; Donica K. Jenkins, Evand C.I. Records Analyst I, Defendants–Appellees,

and

Healthcare Providers; Robert Schulze, Jr., MD; Jennifer A. Feldman, MD, Defendants.

No. 12–7322.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 27, 2012.

Darren Simmons, Appellant Pro Se. Samuel F. Arthur, III, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina; Shelton Webber Haile, Mason Abram Summers, Richardson, Plowden & Robinson, PA, Columbia, South Carolina, for Appellees.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darren Simmons appeals the district court's order accepting the recommendation of the magistrate judge and denying

relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Simmons v. Stokes,* No. 5:11–cv–00175–RMG, 2012 WL 3134236 (D.S.C. Aug. 1, 2012). Simmons' motion for a transcript at Government expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*